**Exhibit A to the Complaint**

**Location:** New York, NY  
**Total Works Infringed:** 27  
**IP Address:** 108.30.229.205  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 7F115862BDE966FD4AF95E66726F83285946BC40<br>File Hash: EE4A08B9F62118C2CECBC205165AA46962900B1F7C59C4AFFF09165BCC7DCE7A | 10/03/2020 07:32:14 | Vixen | 04/24/2020 | 05/05/2020 | PA0002249029 |
| 2 | Info Hash: 7995AC678267712BB3819BB48E9E1DDCB1DD12E6<br>File Hash: A9CE89E54D16CF2D2565296EA3EE6742B4E4C0B6903779C66BE5A4C0F1D485E7 | 10/02/2020 23:37:03 | Vixen | 08/07/2020 | 08/18/2020 | PA0002253099 |
| 3 | Info Hash: 988AD20C3AD68942862CE854317ED563BB7E5863<br>File Hash: 0EB83658CA63BC734055BD2910FF41C27E898F76EAE6B902F8640C7C03434441 | 09/30/2020 00:38:44 | Vixen | 04/03/2020 | 04/17/2020 | PA0002237302 |
| 4 | Info Hash: 207FE53DA3CFCFB759291CF70E0760D46B94A74E<br>File Hash: FF5C09E3EF632D12B115F046959C19523BC45550B5C60005D816F8D897BA6CF8 | 09/24/2020 01:13:58 | Vixen | 06/05/2020 | 06/22/2020 | PA0002245631 |
| 5 | Info Hash: 00F52008DEA2F2374C69D671BC9E5C5974FB4867<br>File Hash: AEE3670C5061DC8735454ACCC1D84F4FFCA61DE78703FFCD7F8966F5841618C0 | 09/23/2020 20:32:59 | Tushy | 04/19/2020 | 05/05/2020 | PA0002249081 |
| 6 | Info Hash: DCAD18D1769B4BFBAA3A3EA69FDF9EB2E6DD3EBC<br>File Hash: 8BC5287501DC7255DEE91B0784FCEB9398AEBF152113247F171E565D00E0997B | 09/23/2020 02:54:53 | Vixen | 09/18/2020 | 09/29/2020 | PA0002258680 |
| 7 | Info Hash: 74F618D8DC0E1EE9978B5A799F3ED54F9DF681C1<br>File Hash: 553965CAE2BA61F401285F6BDE8D94289355F78B44CBAEDEF93DD7E8A7C435F1 | 09/23/2020 01:35:03 | Tushy | 09/20/2020 | 09/29/2020 | PA0002258683 |
| 8 | Info Hash: 05FC443BCCF844BDAE6F0A203C802D0DC75EA9FC<br>File Hash: 250D667E055961E011A284E44247C15471F732169215852A4AF8523CBD803486 | 09/05/2020 22:16:24 | Tushy | 06/14/2020 | 06/25/2020 | PA0002255507 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 242A0C82FBB19155975CE924BD6E19FD3A9E7A8C<br>File Hash: 14C9457040DBE0CAEB710C8B25B52506C4D506C4E2514358330F6552C99D6266 | 08/06/2020 03:23:39 | Vixen | 07/17/2020 | 08/11/2020 | PA0002252259 |
| 10 | Info Hash: 6A0E4F47E6B770D53A96234596721B9EB309ABC5<br>File Hash: 7C515B5F023A5BB71D35A3A323BAC5736B51C521139A3189D8D070EAF8E0997A | 08/06/2020 03:14:32 | Blacked | 07/25/2020 | 08/11/2020 | PA0002252256 |
| 11 | Info Hash: D3AB5B42A043175636956905D0337D0D4B1D00F8<br>File Hash: 22EC1E4747F04A13C387677A3BAE781749A3F4933F9C734834E37550CE58911D | 08/06/2020 02:02:04 | Vixen | 07/31/2020 | 08/11/2020 | PA0002252260 |
| 12 | Info Hash: 11575B869DE3A034D920FFDFADEB055C540A076F<br>File Hash: 9769506A26BB7AB24ADA6E8FF52442E3358BCEA9CC9F82DD85B901079B2C4AC6 | 05/06/2020 22:44:23 | Blacked Raw | 05/04/2020 | 05/19/2020 | PA0002241475 |
| 13 | Info Hash: 9B227B2F714A2C1D72BA4AABE2E2DDBCE8A08FFA<br>File Hash: 61BE640426AC828DD3E5609FA3BA27950D70BB84715E8B6304A7369C2C970B25 | 05/06/2020 22:19:38 | Vixen | 05/01/2020 | 05/19/2020 | PA0002241473 |
| 14 | Info Hash: 8B3B424903BAA63F146C6587BBAEBD3103EBF169<br>File Hash: B8D4A521EF2779064D9E14FA353690E5381774D290E7483CECB8AE4A9C25647A | 04/18/2020 03:42:00 | Vixen | 04/17/2020 | 04/22/2020 | PA0002237694 |
| 15 | Info Hash: BAA55CC2BD7D2BD91189DC26C3FD53F898AE653A<br>File Hash: 98CCD0C90F6498F351958A48B4A4E0FD5219A7C916DDB4DF07F182ED22822A6C | 03/28/2020 13:38:27 | Vixen | 03/27/2020 | 04/17/2020 | PA0002246166 |
| 16 | Info Hash: 11AD8C4325C229021D898563D087A34A80235182<br>File Hash: 4CA3303A36C652F7A1F5E8C7A55026B56EC3236C7189107C0AA4E4D6BB41770D | 01/26/2020 01:47:18 | Tushy | 01/21/2020 | 02/20/2020 | PA0002237627 |
| 17 | Info Hash: 0D7B4F446E166654D296A1D2F5B72EC34DBB28C9<br>File Hash: 737630B23589A71860B212981AAC3E12FB5C7D95C3CF054E2911901B05E5DE69 | 01/19/2020 19:44:11 | Vixen | 01/14/2020 | 02/03/2020 | PA0002236203 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: B6F5BDCA722BCAC4EAB1561FCDE83A4AC08FFB8E<br>File Hash: 5F012319ADF87B5C2017760F4724BC017094185E636CE8EC7E07A722713C1EF8 | 09/29/2019 05:26:45 | Vixen | 09/26/2019 | 10/01/2019 | PA0002217354 |
| 19 | Info Hash: 19D31A8C5F84AB218BB8D87B063931DE540F729D<br>File Hash: 407449617B1098F446570616B2328BE56F7AC181220F5DE9E0D71EC8C5AB33D8 | 09/29/2019 03:52:20 | Tushy | 09/23/2019 | 10/07/2019 | PA0002205466 |
| 20 | Info Hash: 3C77BD45174BF15C9715DA74C9C1872CA8D3D47B<br>File Hash: 7D2FCF93D9B95AA67FFE6D7B7AE0BF323C59E9984F77B7CE7F9AC7BDEAA974A4 | 09/16/2019 02:43:38 | Tushy | 09/03/2019 | 09/13/2019 | PA0002200699 |
| 21 | Info Hash: 647CFD990FA697C165D54F27CA9CBC3AD9C7C54B<br>File Hash: E2B7478671B64EC94426BE920E869CF327EAB0436CBC5C8D1CE5CC23E5AF793B | 08/04/2019 23:35:15 | Tushy | 08/04/2019 | 08/22/2019 | PA0002195508 |
| 22 | Info Hash: 815D0FCED85C4565288DBAFE53ED6266B0D41447<br>File Hash: 06A2F223C47718512F0CE11E8F2F4AC477DA3C2E6BA1D12CAB1EF8599AF827CF | 08/01/2019 07:49:16 | Tushy | 07/30/2019 | 08/22/2019 | PA0002195506 |
| 23 | Info Hash: 1006899BE352E356CFE7C13D65965A916883A8C4<br>File Hash: AA2DF345E96A56235FEEA4C8DD7A44605A1A57D230FE5E29E3409FD089130D35 | 03/20/2019 21:33:28 | Vixen | 03/20/2019 | 04/17/2019 | PA0002186982 |
| 24 | Info Hash: C445D7931A7B1AFA0245F8B198CF1499CA82A9BA<br>File Hash: E9D02D132C2E063A9B95F188DC1BE2B38EC833202D9091EB744005C3AFBDA719 | 02/18/2019 21:01:18 | Vixen | 02/18/2019 | 03/11/2019 | PA0002158598 |
| 25 | Info Hash: BC7DB9E318C2011D44D090E1318A3BF9C4D93226<br>File Hash: AE2C226E2EB6EF95B2F7C28AE9BF576C51379305842829BBBC0FB00C38352982 | 02/18/2019 20:15:41 | Vixen | 02/13/2019 | 03/11/2019 | PA0002158413 |
| 26 | Info Hash: 50462C9E6D94C848A48C6FF0FDA98953B7A20E6E<br>File Hash: 6AD2999B718F11811003C90ACBF2D29BD2E836AAC15B9E547DE777BA78396C61 | 01/31/2019 04:15:08 | Vixen | 01/29/2019 | 03/24/2019 | PA0002182715 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 5388E2AF6BA053552505447FD1595996482FCA4F<br>File Hash: C4EDA32CE636035DA04104E6A719A7FD6E92E96C7156530628C7A8A823FF1F00 | 01/19/2019 03:03:46 | Vixen | 01/14/2019 | 02/02/2019 | PA0002155387 |